CA No. 24-3371
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| KENNETH BANKS | : |
| | : |
|     Plaintiff - Appellant | : |
| | : |
| v. | : |
| | : |
| FOUNDATION AUTOMOTIVE | : |
| CORPORATION; FOUNDATION AUTO | :   **STIPULATION TO DISMISS** |
| HOLDINGS, LLC; KEVIN KUTSCHINSKI; | : |
| CHUCK KRAMER; MOTORCARS HONDA; | : |
| CHARLES GILE; TREVOR GILE | : |
| | : |
|     Defendants - Appellees | : |
| | : |

: : : : : : : : : :

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice upon such terms as have been agreed upon by the parties.

/s/ Taurean J. Shattuck                            /s/ Matthew C. Miller

Taurean Jamaal Shattuck                         Matthew C. Miller
Attorney for Appellant                              Robert A. Poklar
KENNETH BANKS                                    Attorney for Appellee
                                                             FOUNDATION AUTOMOTIVE CORPORATION
                                                             FOUNDATION AUTO HOLDINGS, LLC
                                                             KEVIN KUTSCHINSKI
                                                             CHUCK KRAMER
                                                             MOTORCARS HONDA
                                                             CHARLES GILE
                                                             TREVOR GILE

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all counsel of record have been electronically served with this document as of the date of filing.